UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
2-6-13
CLERK, U.S. DISTRICT
MIDDLE DISTRICT O...
JACKSONVILLE, F...

UNITED STATES OF AMERICA

v.

JOHNELL FORD

CASE NO.   3:13-cr-26-J-32JRK
Ct. 1:      18 U.S.C. § 1038(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about August 7, 2012, and August 14, 2012, in Suwannee and Hillsborough Counties in the Middle District of Florida,

JOHNELL FORD,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances in which the information may have been reasonably believed, and in which the information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope

addressed to Florida's Thirteenth Judicial Circuit Court Judge A.M. in Hillsborough County, Florida. The envelope contained a white powdery substance purporting to be "Anthrax" and a letter threatening the life of Judge A.M.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL,

*James C Ward*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney

By: _____
Julie Hackenberry Savell
Assistant United States Attorney
Chief, Jacksonville Division

2

UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOHNELL FORD

**INDICTMENT**

Violations:

Ct. 1: 18 U.S.C. § 1038(a)(1)

A true bill,

*James C Ward*
Foreperson

Filed in open court this 6th day
of February, 2013.

*[signature]*
Clerk

Bail $_____

GPO 863 525