UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:13-cr-26-J-32JRK

JOHNELL FORD

_____

### GOVERNMENT'S PROPOSED BRIEF STATEMENT OF THE CASE

Pursuant to this Court's Order Scheduling Jury Trial (Doc. 54), the United States submits the following brief statement of the case:

"The Defendant, Johnell Ford, is accused of providing false information or engaging in a hoax under circumstances where the information may have been reasonably believed and where the information indicated that a violation of Federal laws prohibiting the possession and transfer of biological agents or toxins for use as weapons had taken place, was taking place, or would take place.  The indictment alleges that Mr. Ford sent a threatening letter in August 2012 to a Florida Circuit Court Judge that contained a white, powdery substance that purported to be anthrax."

>
> Respectfully submitted,
>
> A. LEE BENTLEY, III
> United States Attorney
>
> By: *s/ Mac D. Heavener, III*
> MAC D. HEAVENER, III
> Assistant United States Attorney
> Florida Bar No. 0896748
> 300 North Hogan Street, Suite 700
> Jacksonville, Florida  32202-4270
> Telephone:   (904) 301-6300
> Facsimile:    (904) 301-6310
> E-mail:    mac.heavener@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> James Kerr Crain Glober, Esq.

>
> *s/ Mac D. Heavener, III*
> MAC D. HEAVENER, III
> Assistant United States Attorney
> Florida Bar No. 0896748
> 300 North Hogan Street, Suite 700
> Jacksonville, Florida  32202-4270
> Telephone:   (904) 301-6300
> Facsimile:    (904) 301-6310
> E-mail:    mac.heavener@usdoj.gov